# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANA DOMINGUEZ, | 3:04-CV-560-BES (RAM) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | September 26, 2006 |
| GOLDEN ROAD MOTOR INN, INC., | |
| Defendant. | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   GINA MUGNAINI          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

    Defendant has filed a Motion for Costs (Doc. #26). On this date, Plaintiff's counsel advised the court that he does not oppose the Motion.

    Defendant's Motion for Costs (Doc. #26) is **GRANTED**. Defendant is awarded costs against the Plaintiff in the amount of $497.75.

    **IT IS SO ORDERED.**

                                                  LANCE S. WILSON, CLERK

                                                  By:           /s/
                                                         Deputy Clerk